

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

July 10, 2025

By ECF

Hon. Dale E. Ho
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Application GRANTED.** Defendant Jose Mena's bail conditions shall be modified to include a curfew set at the discretion of Pretrial Services. The Clerk of Court is respectfully directed to close ECF No. 49. **SO ORDERED.**

Dated: July 11, 2025
New York, New York

Dale E. Ho
United States District Judge

Re:   *United States v. Jose Mena*, 25 Cr. 156 (DEH)

Dear Judge Ho:

This letter is respectfully submitted to request that the Court modify the conditions of Mr. Mena's release to include a curfew set at the discretion of Pretrial Services.

Intensive Supervision Specialist Francesca Piperato suggested the proposed bond modification as Mr. Mena has been fully compliant on location monitoring, has consistently tested negative for illegal substances and is working with Officer Piperato to secure employment.

The Government has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Mena*

cc:   All Counsel of Record (By ECF)

Francesca Piperato
Intensive Supervision Specialist, Pretrial Services