UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       v.<br><br>JOSE A. MENA,<br><br>          Defendant. | (S1) 25-CR-156-3 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea.

Accordingly, the parties shall appear for a conference with the Court on **Tuesday, February 24.**

**2026**, at **1:15 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square,

New York, NY 10007.

SO ORDERED.

Dated: February 18, 2026
New York, New York

_____
DALE E. HO
United States District Judge