# JAMES KOUSOUROS

### ATTORNEY AT LAW

~

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

May 15, 2026

By ECF

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **GRANTED**. The sentencing hearing previously scheduled for June 5, 2026, shall be adjourned to **July 31, 2026, at 10:30 a.m.** The Clerk of Court is respectfully directed to close ECF No. 87.
**SO ORDERED.**

Dated: May 22, 2026
New York, New York

Dale E. Ho
United States District Judge

Re:    *United States v. Jose Mena*, 25 Cr. 156 (DEH)

Dear Judge Ho:

This letter is respectfully submitted to request that the Court adjourn the sentencing in the above-captioned matter scheduled for June 5, 2026 for 45-days or to a date thereafter convenient for the Court.

The undersigned is experiencing medical issues and if all goes well will be on trial in June, 2026. The requested adjournment will permit the undersigned to meet with Mr. Mena and a prepare a sentencing submission on his behalf.

Assistant United States Attorney Diarra Guthrie has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Jose Mena*

c.c.    All Counsel of Record (By ECF)