UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSE A. MENA,

Defendant.

25-CR-156-3 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a scheduling conflict on the Court's calendar, it is hereby **ORDERED** that the sentencing hearing previously scheduled for July 31, 2026, is **ADJOURNED** for **August 25, 2026**, at **2:00 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: July 17, 2026
New York, New York

DALE E. HO
United States District Judge